# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-30804
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 20, 2018

Lyle W. Cayce
Clerk

PEGGY JEAN CLARK,

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA,

      Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:17-CV-2821

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:*

      This lawsuit against the United States has been dismissed because federal courts lack jurisdiction for claims of fraud against the United States. The Plaintiff has reached different names for the wrong she claims, but she has not been able to change her pleading and the fact that her claim arises out

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-30804

of fraud. The law is clear that we have no jurisdiction. *See* 28 U.S.C. § 2680 and *Truman v. United States*, 26 F.3d 592 (5th Cir. 1994).

AFFIRMED.